IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC FLORES,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL and FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

Civ. No. 1:15-cv-00644-CL

OPINION AND ORDER

**MCSHANE, Judge**:

    Plaintiff, *pro se*, seeks to proceed *in forma pauperis* (IFP) in this action alleging that an "organized group of executive employees of the federal government" used "advanced technology with a direct signal to a satellite in outerspace [sic]" to violate his rights under the First Amendment. Magistrate Judge Mark D. Clarke issued a Report and Recommendation on April 24, 2015, in which he recommended that this Court dismiss plaintiff's complaint as frivolous. The matter is now before this Court. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    Because no objections to the Report and Recommendation were timely filed, this Court reviews only the legal principles *de novo*. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444–45 (9th Cir. 1988) (citations omitted). Having reviewed the legal principles *de novo*, this Court finds no error in Judge Clarke's Report and Recommendation, ECF No. 4.

1 – OPINION AND ORDER

## CONCLUSION

This Court ADOPTS Judge Clarke's Report and Recommendation, ECF No. 4, in full. Accordingly, plaintiff's motion to transfer to multidistrict litigation, ECF No. 1-3, is DENIED, and plaintiff's application for leave to proceed IFP, ECF No. 2, is DENIED

IT IS SO ORDERED.

DATED this 12th day of May, 2015.

_____
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER